United States District Court

Eastern District of California

| | |
|---|---|
| Joe Thomas Miller, | No. Civ. S-05-0635 LKK PAN P |
|     Petitioner, | Order |
|   vs. | |
| Derral G. Adams, | |
|     Respondent. | |

-oOo-

Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner challenges a conviction in the San Francisco County Superior Court. This court and the United States District Court in the district where petitioner was convicted both have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), but witnesses and evidence necessary for the resolution of petitioner's application are more readily

1  available in San Francisco County.  Id. at 499 n. 15; 28 U.S.C.
2  § 2241(d).
3     Petitioner's claim regarding failure to receive gastric
4  bypass surgery at California State Prison - Corcoran must be
5  presented in a civil rights action in the Fresno Division of this
6  court.
7     Accordingly, in the furtherance of justice, I hereby order
8  that this matter is transferred to the United States District
9  Court for the Northern District of California.
10    Dated:  May 31, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge