I hereby certify that the annexed instrument is a true and correct copy of the original issued in my office. ATTEST ISSUED: RICHARD W. WIEKING Clerk, U.S. District Court Northern District of California By_____ Deputy Clerk Date: 1/11/06

**FILED**

JAN -9 2006

RICH... 
CLERK, U.S. ...
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE THOMAS MILLER, | No. C 05-2547 JF (PR) |
| Petitioner, | ORDER OF TRANSFER |
| vs. | |
| DERRAL G. ADAMS, Warden, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 in the Eastern District of California. The petition was transferred to this Court on June 22, 2005. Petitioner challenges his 2000 criminal conviction for possession of cocaine for sale, after his guilty plea in Stanislaus Superior Court in Modesto, California. Petitioner also challenges the California Department of Correction's failure to provide Petitioner with gastric bypass surgery during his incarceration at Corcoran State Prison in Corcoran, California. According to the Court's docket, Petitioner is currently out of custody.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction

are preferably heard in the district of conviction. See Habeas L.R. 2254-3(a); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968); cf. Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989) (district of confinement best forum to review execution of sentence). Additionally, Petitioner's claim concerning his medical treatment during his confinement at Corcoran State Prison occurred in Kings County, and the Respondent is located in Kings County, which lies within the venue of the Eastern District of California. Therefore, venue properly lies in that district and not in this one. See 28 U.S.C. §1391(b).

Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. §§ 1391(b), 1404(a); Habeas L.R. 2254-3(b)(1).

IT IS SO ORDERED.
DATED: 1-5-06

JEREMY FOGEL
United States District Judge

1 | On __1-9-06__, a copy of this order was mailed to the following:

2

3 | Joe Thomas Miller
  | 1028 Reno Street
4 | Modesto, CA  95351

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Transfer
P:\pro-se\sj.jf\hc.05\Miller547trans                    3