UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE T. MILLER, | CV F 06-0069 OWW DLB HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AS MODIFIED HEREIN, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS |
| v. | |
| DERRAL G. ADAMS, Warden, | |
| Respondent. | [Doc. 14] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 27, 2006, the Magistrate Judge issued Findings and Recommendations recommending that two of claims be dismissed from the petition, and the action proceed on Petitioner's ineffective assistance of counsel claim only. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On March 13, 2006, Petitioner filed timely objections to the Findings and Recommendation. In his objections, Petitioner concedes that his Eighth Amendment claim challenging the California Department of Corrections denial of gastric bypass surgery, must be raised by way of filing a section 1983 complaint. However, Petitioner contends that his claim challenging the sentencing enhancement is cognizable as he has stated a federal claim.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

1

a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis, with one exception.  In viewing Petitioner's petition liberally, it appears that Petitioner raises a due process challenge to his sentence, which may under certain circumstances be cognizable pursuant to § 2254.  Therefore, the action shall proceed on that claim also.  Petitioner's objections present no other grounds for questioning the Magistrate Judge's analysis.

     Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued February 27, 2006, is ADOPTED IN as MODIFIED herein;

2. Petitioner's Eighth Amendment claim challenging the California Department of Correction's decision to deny him gastric bypass surgery is DISMISSED from the action for failure to state a cognizable claim; and

3. The matter is further back to the Magistrate Judge for further proceeding.

IT IS SO ORDERED.

**Dated:    March 28, 2006**             **/s/ Oliver W. Wanger**
emm0d6                                      UNITED STATES DISTRICT JUDGE