# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE T. MILLER, | CV F   06-069 OWW DLB HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS OF AUGUST 30, 2006, AND DISMISSING ACTION, WITH PREJUDICE |
| v. | |
| GARY BYRD, District Administrator of Region I Parole Office | [Doc. 23] |
| Respondent. / | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 30, 2006, the Magistrate Judge issued Findings and Recommendation that the Motion to Dismiss be GRANTED. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.[1] Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

---

[1] On September 8, 2006, the Findings and Recommendations were returned to this Court as "undeliverable." (Court Doc. 24.) Pursuant to Local Rule 83-182(f) each party is under a continuing duty to inform the Court of any change of address. Absent such notice, service of documents at the prior address of record of the party is effective service. Local Rule 83-182(f). The Findings and Recommendations were subsequently re-served on October 2, 2006. (Court Doc. 25.)

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued August 30, 2006, is ADOPTED IN FULL;

2. The Motion to Dismiss is GRANTED;

3. The Petition for Writ of Habeas Corpus is DISMISSED, with prejudice; and

4. The Clerk of the Court is DIRECTED to enter judgment for Respondent. This terminates this action in its entirety. IT IS SO ORDERED.

Dated:   **November 22, 2006**          **/s/ Oliver W. Wanger**
emm0d6                                   UNITED STATES DISTRICT JUDGE